IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GARY L. ABRAHAM, ) | |
| ) | 8:05cv246 |
| Plaintiff, ) | |
| ) | MEMORANDUM AND ORDER |
| vs. ) | |
| ) | |
| WALGREEN, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 42, the Joint Motion for Dismissal with Prejudice filed by the plaintiff, Gary L. Abraham, and all defendants, i.e., Walgreens Company, Merchant Media Corp. and Harvest Direct.  The parties seek a voluntary dismissal, with prejudice, of the above-entitled case pursuant to a settlement.  In accordance with Fed. R. Civ. P. 41(a)(2), filing no. 42 is granted.  Judgment will be entered pursuant to Fed. R. Civ. P. 58.

August 11, 2005.          BY THE COURT:

/s *Richard G. Kopf*
United States District Judge